

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–28205 – NVA     Chapter:  7

Shotwell Construction, LLC
10225 Old Court Rd
Granite, MD 21163

Deficient Pleading No. – 10

Corporate Resolution

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

   Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

   ORDERED, that the above–referenced filing is stricken from the official record of the instant case.


cc:   Debtor(s)
      Attorney for Debtor(s) – David W. Cohen
      Chapter 7 Trustee – Charles R. Goldstein
      U.S. Trustee
      Interested Party –

**14.1 –** *pneal*

### End of Order

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: pneal              Page 1 of 2            Date Rcvd: Sep 13, 2010
Case: 10-28205                Form ID: pdfall          Total Noticed: 33

The following entities were noticed by first class mail on Sep 15, 2010.
db            +Shotwell Construction, LLC,   10225 Old Court Rd,   Granite, MD 21163-1130
              +US Trustee,   101 W. Lombard St., #2625,   Baltimore, MD 21201-2668
26173970     #+American First Choice,   P O Box 409,   Linthicum, MD 21090-0409
26173971     +Astech Security,   P O Box 138,   Chester, MD 21619-0138
26173972      Bank Of America VISA,   P O Box 15026,   Wilmington, DE 19850-5026
26173975     +CMC Repro,   8847 Orchard Tree Lane,   Towson, MD 21286-2142
26173973     +Carl Gold Esq,   402 W Pennsylvania Ave,   Towson, MD 21204-4228
26173974     +City of Baltimore,   Collections Division,   200 North Holliday Street,
               Baltimore, MD 21202-3677
26174007     +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
               Baltimore, MD 21201-2305
26174010     +Deputy County Attorney,   Baltimore County Office of Law,   400 Washington Avenue, 2nd Floor,
               Towson, MD 21204-4606
26173976     +Hillman Brown & Darrow,   221 Duke Of Gloucester St,   Annapolis, MD 21401-2500
26173978     +Human & Rohde,   512 Virginia Ave,   Towson, MD 21286-5361
26173979     +J&J Plumbing,   6812 Mount Vista Rd,   Kingsville, MD 21087-1336
26173980     +Jones Falls Advisors,   521 E Joppa Road,   Ste 104,   Towson, MD 21286-1803
26173982     +Michael A Schollaert, Esq,   OBER KALER GRIMES & SHRIVER,   120 E Baltimore St,
               Baltimore, MD 21202-1643
26173983     +Mike Miller,   3655 Sycamore Valley Run,   Glenmore, MD 21738-9329
26173984     +PADI Visa,   P O Box 15026,   Wilmington, DE 19850-5026
26173985     +Robert Shuster, Esq,   12850 Middlebrook Rd,   Suite 225,   Germantown, MD 20874-5279
26173986     +Sanders Company,   7201 Rolling Mill Rd,   Baltimore, MD 21224-2087
26173987     +Sears CBSD,   P O Box 6189,   Sioux Falls, SD 57117-6189
26173988     +Sears CBSD,   P O Box 6282,   Sioux Falls, SD 57117-6282
26173989      Sears Master Card,   P O Box 818007,   Cleveland, OH 44181-8007
26173990     +Siterite Surveying Inc,   200 E Joppa Rd,   Towson, MD 21286-3150
26173991     +Southland Insulators Of Maryland,   7501 Resource Court,   Baltimore, MD 21226-1763
26174009     +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
26174008      Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
               Baltimore, MD 21202
26173992     +The Roof Center,   19200 Chennault Way #U,   Gaithersburg, MD 20879-4776
26173993     +Thomas Sommerville,   99 N Langley Rd,   Glen Burnie, MD 21060-2201
26173994     +Thos Sommerville Co.,   16155 Trade Zone Ave,   Upper Marlboro, MD 20774-8733
26173995      Verizon,   PO Box 6660720,   Dallas, TX 75266
26173997     +Yohacir Romeiot,   11350 Cherry Hill Road,   Apt 203,   Beltsville, MD 20705-3743

The following entities were noticed by electronic transmission on Sep 13, 2010.
26173981      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2010 15:32:49     Lowes,   Customer Service,
               PO Box 981064,   El Paso, TX 79998-1064
26173996      E-mail/PDF: bankruptcyverizoncom@afni.com Sep 13 2010 15:31:52     Verizon,   PO Box 9000,
               Annapolis, MD 21401-9000
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26173977      Home Depot,   INCOMPLETE ADDRESS PROVIDED
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system.  The debtor's attorney or
pro se debtor was advised that address correction may be required.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2010                    Signature:    _Joseph Speetjens_

```
District/off: 0416-1           User: pneal              Page 2 of 2              Date Rcvd: Sep 13, 2010
Case: 10-28205                 Form ID: pdfall          Total Noticed: 33

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2010 at the address(es) listed below:
aty           David W. Cohen    on behalf of  Shotwell Construction, LLC  dwcohen79@jhu.edu
tr            Charles R. Goldstein    md-bank@protiviti.com,  MD13@ecfcbis.com
                                                                                          TOTAL: 2
```

Case 10-28205    Doc 19    Filed 09/15/10    Page 3 of 3